UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

United States of America,

    Plaintiff,

v.

Timothy Heath Findlay,

    Defendant.
_____/

Case: 1:22-cr-20303
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 06-15-2022
INDI USA v. Timothy Findlay (tt)

Violation:
18 U.S.C. § 871

**INDICTMENT**

FILED
JUN 15 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Threatening to kill the President)**
**18 U.S.C. § 871**

On or about April 28, 2022, in the Eastern District of Michigan, Timothy Heath Findlay knowingly and willfully made a true threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, to bomb the White House and kill everyone, in violation of Title 18, United States Code, Section 871.

                THIS IS A TRUE BILL.

                s/*Grand Jury Foreperson*
                GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/*William J. Vailliencourt, Jr.*
William J. Vailliencourt, Jr.
Assistant United States Attorney

s/*Anthony P. Vance*
Anthony P. Vance
Assistant United States Attorney
Chief, Branch Offices

Dated: June 15, 2022

| Companion Case information MUST be completed by AI | | Case: 1:22-cr-20303 |
|---|---|---|
| United States District Court<br>Eastern District of Michigan | **Criminal Case Cc** | Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 06-15-2022 |
| NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to con | | INDI USA v. Timothy Findlay (tt) |

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes           X No | AUSA's Initials:  WJV |

**Case Title:** USA v.  Timothy Heath Findlay

**County where offense occurred:**  Arenac County

**Check One:**   X Felony         ☐ **Misdemeanor**         ☐ **Petty**

    __x__Indictment/_____Information --- **no** prior complaint.
    _____Indictment/_____Information --- based upon prior complaint [Case number:]
    _____Indictment/_____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____ **Judge:** _____

    ☐    Corrects errors; no additional charges or defendants.
    ☐    Involves, for plea purposes, different charges or adds counts.
    ☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: June 15, 2022

    *s/William J. Vailliencourt, Jr.*
William J. Vailliencourt, Jr.
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: William.vailliencourt@usdoj.gov
Attorney Bar #:  P-39115

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.