UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff

v.

TIMOTHY HEATH FINDLAY,

    Defendant.

Case No. 22-cr-20303
Judge Thomas L. Ludington
Magistrate Patricia T. Morris

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Timothy Heath Findlay, date of birth \*\*/\*\*/1973, states:

1. Defendant is charged in this case with Threatening to kill the President.

2. Defendant is currently being held at the Arenac County Jail in Standish Michigan, in connection with a different case, and is in the custody of the Arenac County Sheriff.

3. Defendant's Initial Appearance has been scheduled for June 27, 2022, at 2:30 p.m. before Magistrate Judge Patricia T. Morris, at the United States District Court, United States Post Office Building, 100 Washington Avenue, Bay City, Michigan. A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Arenac County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer to produce Timothy Heath Findlay before the judicial officer at the place and time stated above, or any date thereafter as scheduled by the court.

Respectfully submitted,

DAWN N. ISON
United States Attorney

s/WILLIAM J. VAILLIENCOURT, JR.
Assistant United States Attorney
101 First St. Suite 200
Bay City, MI 48708
Phone:   (989) 895-5712
Email: William.vailliencourt@usdoj.gov
P 39115

Date: June 16, 2022

## ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition, and that said writ shall remain in effect until it has been discharged in writing by the United States Attorney's Office.

Date: June 16, 2022                         S/ PATRICIA T. MORRIS
                                            Patricia T. Morris
                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,　　　　No. 22-cr-20303

　　Plaintiff　　　　　　　　　　　　HON. PATRICIA T. MORRIS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
v.

TIMOTHY HEATH FINDLAY,

　　Defendant.
_____

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM
_____

**TO:　The Arenac County Sheriff's Department, the United States Marshals Service, and any other interested federal law enforcement officer.**

Pursuant to the foregoing petition and order, you are directed to produce defendant Timothy Heath Findlay before U.S. Magistrate Judge Patricia T. Morris, at the United States District Court, United States Post Office Building, 100 Washington Avenue, Bay City, Michigan, on June 27, 2022 at 2:30 p.m., or any date thereafter as scheduled by the court, for his Initial Appearance; and you are also directed to return Timothy Heath Findlay to the facility in which he is currently incarcerated when his presence before this Court is no longer required, and upon written notification by the United States Attorney's Office that the writ may be discharged.

　　　　　　　　　　　　　　　　　　KINIKIA D. ESSIX
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　By:　s/ Kristen Castaneda
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

1. I have executed this Writ as directed.   Date: _____
U.S. MARSHAL'S SERVICE by: _____, Deputy Marshal

2. This Writ is returned unexecuted for the following reason: _____.
Date:_____ U.S.MARSHAL'S SERVICE by: _____
                                              Deputy Marshal