UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Timothy Heath Findlay,

    Defendant.

Case No.: 22-cr-20303

Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

**CONSENT TO ENTER GUILTY PLEA BEFORE
A UNITED STATES MAGISTRATE JUDGE**

The defendant voluntarily consents to permit United States Magistrate Judge Patricia T. Morris to conduct a plea hearing according to the procedures outlined in Rule 11 of the Federal Rules of Criminal Procedure. The defendant understands that if the guilty plea is accepted by United States District Judge Thomas L. Ludington, then Judge Ludington will decide whether to accept or reject any Rule 11 plea agreement and will adjudicate guilt and impose sentence.

_____
Timothy Heath Findlay
Defendant

Date: 2-7-2023

_____
Bryan Sherer
Counsel for Defendant

Date: 2-7-2023

s/ROY R. KRANZ
Roy R. Kranz
Assistant U.S. Attorney

Date: 1/24/2023