UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                        Case No. 1:22-cr-20303

v.                                            Honorable Thomas L. Ludington
                                               United States District Judge
TIMOTHY HEATH FINDLAY,

                                               Honorable Patricia T. Morris
        Defendant.               United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENT UNDER ADVISEMENT**

      Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Timothy Heath Findlay's consent. ECF No. 22. On February 13, 2023, Judge Morris issued an R&R recommending that this Court accept Defendant's guilty plea. ECF No. 24.

      Although Judge Morris said the Parties may object to and seek review of the R&R within 14 days of service, they have not filed any objections. They have therefore forfeited their right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, without coercion, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

      Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 24, is **ADOPTED**.

      Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 22, is **TAKEN UNDER ADVISEMENT**.

      Dated: March 1, 2023                                      s/Thomas L. Ludington
                                                                         THOMAS L. LUDINGTON
                                                                          United States District Judge