| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 335836 | DATE 10/07/2024 |
|---|---|---|---|---|

| NAME FINDLAY, Timothy Heath | OFFICER Ashley Teeples | JUDGE Thomas L. Ludington | DOCKET # 22-CR-20303-01 |
|---|---|---|---|

| ORIGINAL SENTENCE DATE 05/25/2023 COMMENCED 01/17/2024 EXPIRATION 01/16/2026 | SUPERVISION TYPE Supervised Release | CRIMINAL HISTORY CATEGORY IV | TOTAL OFFENSE LEVEL 15 | PHOTO |
|---|---|---|---|---|

| ASST. U.S. ATTORNEY Roy Kranz | DEFENSE ATTORNEY To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: Threatening to Kill the President – 18 U.S.C. §871

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 22 months, to be followed by a two-year term of supervised release.

**ORIGINAL SPECIAL CONDITIONS**

1. You must submit your person, residence, office, vehicle, papers, business or place of employment, and any property under your control to a search. Such a search shall be conducted by a United States probation officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation; You must warn any residents that the premises may be subject to searches.
2. You must submit to substance abuse testing to determine if you have used a prohibited substance.
3. You must participate in a substance abuse treatment program and follow the rules and regulations of that program, which may include testing. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
4. You must not use or possess alcohol in any consumable form, nor shall you be in the social company of any person whom you know to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
5. You must submit to a psychological/psychiatric evaluation as directed by the probation officer.
6. You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
7. You must take all mental health medications that are prescribed by your treating physician.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | PACTS 335836 | DATE 10/07/2024 |
|---|---|---|---|---|
| NAME FINDLAY, Timothy Heath | | OFFICER Ashley Teeples | JUDGE Thomas L. Ludington | DOCKET # 22-CR-20303-01 |

Criminal Monetary Penalty: Special Assessment $100.00 (balance $100.00).

The probation officer believes that the offender has violated the following condition of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME." |

On or about April 16, 2024, Microsoft contacted the Federal Bureau of Investigations (FBI) and reported a threatening message that was sent via Skype. The reported Skype user threatened another Skype user, stating, "I rape and kill beautiful women…I will rape and murder you too." The investigation revealed the email address registered to the Skype account was associated with FINDLAY's name, and the IP address of the computer used to send the message originated from a residence known to be occupied by FINDLAY.

On August 20, 2024, a complaint was filed in the United States District Court for the Eastern District of Michigan, Northern Division, docket number 24-mj-30353, charging FINDLAY with Interstate Communication Threats, in violation of 18 U.S.C. 875(c).

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Ashley Teeples/mt 989-894-8832 | DISTRIBUTION Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Matthew Romeo 989-894-8829 | PROBATION ROUTING Data Entry |

**THE COURT ORDERS:**

[X]  The issuance of a warrant

[ ]  Other

s/Thomas L. Ludington
United States District Judge

10/8/2024
Date